No. 09-1508. David Critzer, et ux., Petitioners v. City of Cupertino, California, et al.

562 U.S. 837, 131 S. Ct. 165, 178 L. Ed. 2d 41, 2010 U.S. LEXIS 5866.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

No. 09-1509. Coast Automotive Group, Ltd., et al., Petitioners v. Mercedes Benz, U.S.A., et al.

562 U.S. 837, 131 S. Ct. 165, 178 L. Ed. 2d 41, 2010 U.S. LEXIS 5774.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 362 Fed. Appx. 332.

No. 09-1511. Mary Catherine Reilly Fintan, Petitioner v. Kristin Morris, et al.

562 U.S. 837, 131 S. Ct. 165, 178 L. Ed. 2d 41, 2010 U.S. LEXIS 5769.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 125 Nev. 1072, 281 P.3d 1212.

No. 09-1512. Frederick L. Engle, Petitioner v. United States.

562 U.S. 838, 131 S. Ct. 165, 178 L. Ed. 2d 41, 2010 U.S. LEXIS 5797.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 592 F.3d 495.

No. 09-1513. Lynn Duvall, Petitioner v. Missouri Department of Social Services, et al.

562 U.S. 838, 131 S. Ct. 165, 178 L. Ed. 2d 41, 2010 U.S. LEXIS 5931.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 304 S.W.3d 198.

No. 09-1514. M/Y Betty Lyn II, et al., Petitioners v. Crimson Yachts.

562 U.S. 838, 131 S. Ct. 178, 178 L. Ed. 2d 41, 2010 U.S. LEXIS 5816.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 603 F.3d 864.

No. 09-1515. Scott N. Bergman, Petitioner v. District of Columbia, et al.

562 U.S. 838, 131 S. Ct. 179, 178 L. Ed. 2d 41, 2010 U.S. LEXIS 5915.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 986 A.2d 1208.

No. 09-1517. Edward H. Flint, Petitioner v. James Shake, Chief Judge, Circuit Court of Kentucky, 30th Circuit, et al.

562 U.S. 838, 131 S. Ct. 179, 178 L. Ed. 2d 41, 2010 U.S. LEXIS 5803.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.